UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No.: | ED CV 19-00120-AB (SHKx) | Date: | March 1, 2019 |

Title: Cheryl Jansen v. Systems Services of America, Inc et al

Present: The Honorable **ANDRÉ BIROTTE JR., United States District Judge**

| Carla Badirian | Chia Mei Jui |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Elissa Katerina Buenrostro | Thomas B Song |

**Proceedings:** PLAINTIFF'S MOTION TO REMAND ACTION TO STATE COURT, OR IN THE ALTERNATIVE, LEAVE TO AMEND PLAINTIFF'S COMPLAINT [12]

The Court having carefully considered the papers and the evidence submitted by the parties, and having heard the oral argument of counsel, hereby takes the motion under submission.